```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/21/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MIGUEL MANUEL PUMA LEON,

                Plaintiff,

-v.-

BARNORTH GROUP LLC et al.,

                Defendant.

24 Civ. 8060 (JHR)

ORDER

---

JENNIFER H. REARDEN, District Judge:

    The Court has been informed that the parties have reached a settlement in this Fair Labor Standards Act ("FLSA") case. A proposed settlement has been submitted for the Court's approval. *See* ECF No. 18. The proposed settlement provides for an aggregate payment of $22,500 in connection with Plaintiff's FLSA claims, with (1) $14,602.67 to be apportioned to Plaintiff, and (2) the remainder of the settlement sum ($7,897.33) allocated to Plaintiff's counsel, Helen F. Dalton & Associates, P.C., in attorney's fees and costs. *See* ECF No. 18 at 4, ECF No. 81-1 at 2.

    The Court has reviewed the terms of the proposed settlement and finds them to be fair and reasonable under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 203, 206 (2d Cir. 2015).

    Accordingly, the proposed settlement is approved, and the case is hereby DISMISSED WITH PREJUDICE. This approval is subject to the following condition: Any modification of the settlement agreement must be approved by the Court, regardless of any provision in the agreement that purports to allow the parties alone to modify it. The Court shall retain jurisdiction solely to resolve any disputes arising from the settlement agreement and the settlement of this action.

    The Clerk of Court is directed to close the case.

SO ORDERED.

Dated: March 21, 2025
       New York, New York

                                                        JENNIFER H. REARDEN
                                                        United States District Judge